# LEEDS BROWN LAW, P.C.

One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550
_____*Attorneys at Law*_____

June 12, 2023

**Via ECF**
Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    **_Henriquez, et al. v. Hershey Creamery Company_**
              Case No. 7:23-cv-1392-PMH

Dear Judge Halpern:

    We represent Plaintiff Branden Henriquez and the putative class in the above-referenced action. We write pursuant to Rule 1C of Your Honor's Individual Practices in Civil Cases to respectfully request a brief adjournment of the telephonic Initial Conference scheduled for July 6, 2023 at 9:30 a.m. The reason for the request is because the undersigned is scheduled to appear in person at the Kings County Supreme Court for an oral argument on a motion to dismiss in the matter of *Mayes v. Gerber Group, L.P.*, Index No. 512248/2022 on July 6 at 10:00 a.m. Defendant has consented to the adjournment request.

    This is Plaintiff's first request to adjourn the Initial Conference.

    The Court's time and consideration is sincerely appreciated.

Respectfully submitted,

**LEEDS BROWN LAW, P.C.**

Brett R. Cohen

---

Application granted. The initial conference is adjourned to 7/18/2023 at 2:30 p.m., using the same dial-in instructions provided in the prior notice.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
       June 12, 2023